IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KARA KING**                                                                                                   **PLAINTIFF**

**v.**                                  **Case No. 2:18-cv-00030 KGB**

**NEAL BYRD, individually and in his
official capacity as Sheriff of Phillips
County, Arkansas**                                                                       **DEFENDANT**

## ORDER

Plaintiff Kara King brings this complaint against defendant Neal Byrd, individually and in his official capacity as Sheriff of Phillips County, Arkansas, alleging failure to pay overtime wages in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the Arkansas Minimum Wage Act ("AMWA"), Ark. Code Ann. § 11-4-201, *et seq.*; a violation of the AWPA; illegal exaction; and denial of constitutional rights under the First and Fourteenth Amendments to the United States Constitution and Article II Section 22 of the Arkansas Constitution, as permitted by the Arkansas Civil Rights Act of 1993, Ark. Code Ann. § 16-123-101 ("ACRA"), and 42 U.S.C. § 1983 (Dkt. No. 16, at 1). Ms. King also asserts claims for termination and gender discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e ("Title VII").

Before the Court is Ms. King's motion to approve settlement (Dkt. No. 18). Ms. King represents that this case has been settled for $25,000.00, pending approval from the Court in accordance with *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018) (*Id.*). Ms. King represents that counsel devoted 50 hours of time to this matter, and costs are at least $3,000.00, but counsel only seeks a fee of $12,000.00 (*Id.*). Mr. Byrd responded to the motion (Dkt. No. 19). Mr. Byrd agrees that this case has been settled for $25,000.00, pending approval from the Court (*Id.*). Mr. Byrd represents that the settlement amount of $25,000.00 was a total and complete settlement of

all of Ms. King's claims, including attorney fees and costs (*Id.*). Through informal communication with the Court, counsel for Ms. King agrees.

The Court determines that the settlement agreement both provides Ms. King a reasonable recovery and furthers the implementation of the FLSA in the workplace. The Court therefore grants the motion to approve settlement (Dkt. No. 18). This action is dismissed.

It is so ordered this 22nd day of August, 2019.

Kristine G. Baker
United States District Judge